# JOHNSON & ASSOCIATES
Attorneys at Law

**NY Office**:
101-05 Lefferts Boulevard, Suite 205, Richmond Hill, NY 11419

**NJ Offices**:
280 Amboy Ave., 3rd Floor, Metuchen, NJ 08840

**International – Dominican Republic Office:**
Av. Sarasota #20, La Julia, Torre Empresarial AIRD, 11th floor, Suite 1103
Santo Domingo, Dom. Rep.

**All Offices**:
P: 1.848.229.2254
F: 1.855.385.0942

Adrian J. Johnson, *Partner: NY, NJ*
Brian M. Miranda: *NY, NJ*
Joseph J. Console: *NJ, PA*
Michael Hipps: *VA*

---

***Please Send Correspondence To The Metuchen Office***

---

May 23, 2017
United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

**RE: Robert Christopher Morello**
    **Case No.: 17-18407-CMG**

Dear Sir/Madam:

   Please be advised that this office represents the debtor in the above referenced bankruptcy filing. An emergency petition was filed on their behalf on April 25, 2017 and a request for an extension was filed and granted providing a deadline of May 23, 2017].

   I am hereby respectfully requesting a two-week extension so we may properly submit a completed petition as the debtor has had some medical issues which has delayed his ability to obtain the requested documents to finalize his petition accordingly.

   Thank you for your time in this matter and I look forward to your response.


Very truly yours,
***/s/Adrian J. Johnson***
Adrian J. Johnson