UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Robert Christopher Morello

**Order Filed on May 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number:    17-18407-CMG

Hearing Date:  _____

Judge:    Christine M. Gravelle

Chapter:    7

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 31, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒   Granted.  The deadline to file schedules is extended to _____6/8/17_____.

☐   Denied.

*Rev. 7/1/04; jml*