Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−18407−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Christopher Morello
   7 Lea Avenue
   Laurence Harbor, NJ 08879

Social Security No.:
   xxx−xx−9056

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/9/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 9, 2017
JAN: bwj

                                                                            Jeanne Naughton
                                                                            Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                              Case No. 17-18407-CMG
Robert Christopher Morello                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2            Date Rcvd: Jun 09, 2017
                               Form ID: 148                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db              #+Robert Christopher Morello,    7 Lea Avenue,    Laurence Harbor, NJ 08879-2657
516787045        +Affirm, Inc.,    633 Folsom Street,    Floor 7,    San Francisco, CA 94107-3618
516787050        +CCS/Cortrust Bank, NA,    PO Box 7030,    Mitchell, SD 57301-7030
516787055       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: MABT/ContFin,    121 Continental Drive,    Suite 1,
                   Newark, DE 19713)
516787052     ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: Ditech Financial, LLC,    332 Minnesota Street,    Suite 610,
                   Saint Paul, MN 55101)
516787057        +Office of the Sheriff,    701 Livingston Avenue,    PO Box 1188,    New Brunswick, NJ 08903-1188
516787058        +Paramount Recovery System,    105 Deanna Street,    Robinson, TX 76706-5319
516787059        +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,    Gibbsboro, NJ 08026-1191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2017 22:36:07     U.S. Attorney,    970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2017 22:36:02     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516867047        EDI: PHINAMERI.COM Jun 09 2017 22:23:00      Americredit Financial Services, Inc.,
                   dba GM Financial,    PO Box 183853,   Arlington, TX 76096
516787046       +EDI: GMACFS.COM Jun 09 2017 22:23:00      Ally Financial,    200 Renaissance Center,
                   Detroit, MI 48243-1300
516787048        EDI: CAPITALONE.COM Jun 09 2017 22:23:00     Capital One,    15000 Capital One Drive,
                   Richmond, VA 23238
516787047       +EDI: CAPITALONE.COM Jun 09 2017 22:23:00      Capital One,    26525 N. Riverwoods Boulevard,
                   Mettawa, IL 60045-3438
516802505       +EDI: AISACG.COM Jun 09 2017 22:23:00      Capital One Auto Finance,
                   c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516787049       +EDI: CAPONEAUTO.COM Jun 09 2017 22:23:00     Capital One Auto Finance,    3901 Dallas Parkway,
                   Plano, TX 75093-7864
516787051        EDI: DISCOVER.COM Jun 09 2017 22:23:00      Discover Financial Services,    PO Box 15316,
                   Wilmington, DE 19850-5316
516787053        E-mail/Text: bankruptcy.bnc@ditech.com Jun 09 2017 22:35:42     Ditech Financial, LLC,
                   PO Box 6172,   Rapid City, SD 57709-6172
516787054       +EDI: PHINAMERI.COM Jun 09 2017 22:23:00      GM Financial,    PO Box 181145,
                   Arlington, TX 76096-1145
516787056       +EDI: MERRICKBANK.COM Jun 09 2017 22:23:00     Merrick Bank,    PO Box 9201,
                   Old Bethpage, NY 11804-9001
516787060       +EDI: BLUESTEM Jun 09 2017 22:23:00      Webbank/Fingerhut,    6250 Ridgewood Road,
                   Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516802592*      +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                   Irving, TX 75016-5028
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 09, 2017
                              Form ID: 148             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
              Adrian J Johnson    on behalf of Debtor Robert Christopher Morello ajohnson@johnsonlegalpc.com,
               outsourcedparalegal@gmail.com;evanfullerlaw@gmail.com
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               as Trustee for The Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2005-17 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              John W. Hargrave     trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```